IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALCON PHARMACEUTICALS, LTD., et al. | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:11-CV-732-Y |
| PERRIGO CO., et al. | § | |

<u>FINAL JUDGMENT</u>

Pursuant to the parties' Stipulation of Dismissal (doc. 45), all claims in the above-styled and -numbered cause are DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs.

SIGNED September 28, 2012.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc